**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JEROME WILKERSON,** ) | **Case No.** FILED: APRIL 7 , 2008 |
| ) | 08CV 1960          NF |
| **Plaintiff,** ) | **Judge** JUDGE PALLMEYER |
| ) | **Magistrate Judge** MAGISTRATE  JUDGE COX |
| **v.** ) | |
| ) | **Jury Demand** |
| **P.O. R. LOPEZ #17882, P.O. MOLINA** ) | |
| **#2980 AND P.O. JOHN DOE** ) | |
| **individually,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## COMPLAINT

NOW COMES the Plaintiff, Jerome Wilkerson, by and through his attorneys,

GREGORY E. KULIS AND ASSOCIATES, LTD, complaining against the Defendants, P.O. R.

Lopez #17882, P.O. Molina #2980 and P.O. John Doe, individually as follows.

## COUNT I-FALSE ARREST

1)      This action is brought pursuant to the Laws of the United States Constitution,

specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress

deprivations of the Civil Rights of the Plaintiff, and accomplished by acts and/or omissions of the

Defendants committed under color of law.

2)      Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental

Jurisdiction of the State of Illinois.

3)      The Plaintiff, Jerome Wilkerson, was a United States permanent resident of the

State of Illinois.

4)      The Defendants, P.O. R. Lopez #17882, P.O. Molina #2980 and P.O. John Doe,

were at all relevant times, duly appointed police officers of the City of Chicago and, at all

relevant times, were acting within their scope of employment and under color of law.

5)    On December 6, 2007, the Plaintiff was taking out some garbage behind his

residence at 2019 S. Leavitt, Chicago, Illinois.

6)    The Plaintiff was not committing any crime or breaking any laws.

7)    The Defendants P.O. R. Lopez #17882, P.O. Molina #2980 and P.O. John Doe,

had the Plaintiff arrested and charged.

8)    The Plaintiff did not commit any crime.

9)    The Defendants did not have probable cause to arrest the Plaintiff.

10)    The Defendants did not have probable cause to charge the Plaintiff.

11)    Said actions of the Defendants, P.O. R. Lopez #17882, P.O. Molina #2980 and

P.O. John Doe, were intentional, willful and wanton.

12)    Said actions of the Defendants, violated the Plaintiff's Fourth and Fourteenth

Amendment Rights of the United States Constitution and were in violation of said rights

protected by 42 U.S.C. §1983.

13)    As a direct and proximate consequence of said conduct of the Defendants, P.O. R.

Lopez #17882, P.O. Molina #2980 and P.O. John Doe, the Plaintiff, Jerome Wilkerson, suffered

violations of his constitutional rights, emotional anxiety, fear, pain and suffering and monetary

loss and expense.

WHEREFORE, the Plaintiff, Jerome Wilkerson, prays for judgment against the

Defendants, P.O. R. Lopez #17882, P.O. Molina #2980 and P.O. John Doe, jointly and severally

in an amount in excess of TEN THOUSAND AND00/100 ($10,000.00) DOLLARS in

compensatory damages and TEN THOUSAND AND 00/100($10,000.00) DOLLARS punitive

damages, plus attorneys fees and costs.

### **JURY DEMAND**

The Plaintiff, Jerome Wilkerson, requests a trial by jury.


Respectfully submitted,
JEROME WILKERSON,


s/ Gregory E. Kulis_____
GREGORY E. KULIS
GREGORY E. KULIS AND ASSOCIATES, LTD.

GREGORY E. KULIS AND ASSOCIATES, LTD.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312)580-1830

S:\Federal Cases\Wilkerson, Jerome\Pleadings\Complaint.doc