UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEROME WILKERSON, ) | |
| ) | Case No. 08 C 1960 |
| Plaintiff, ) | |
| ) | Judge Pallmeyer |
| v. ) | |
| ) | Magistrate Judge Cox |
| P.O. R. LOPEZ #17882, P.O. MOLINA ) | |
| #2980 AND P.O. MORGAN #14862 ) | Jury Demand |
| individually, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## COMPLAINT

NOW COMES the Plaintiff, Jerome Wilkerson, by and through his attorneys, GREGORY E. KULIS AND ASSOCIATES, LTD, complaining against the Defendants, P.O. R. Lopez #17882, P.O. Molina #2980 and P.O. Morgan #14862, individually as follows.

## COUNT I-FALSE ARREST

1) This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, and accomplished by acts and/or omissions of the Defendants committed under color of law.

2) Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental Jurisdiction of the State of Illinois.

3) The Plaintiff, Jerome Wilkerson, was a United States permanent resident of the State of Illinois.

4) The Defendants, P.O. R. Lopez #17882, P.O. Molina #2980 and P.O. Morgan

#14862, were at all relevant times, duly appointed police officers of the City of Chicago and, at all relevant times, were acting within their scope of employment and under color of law.

5) On December 6, 2007, the Plaintiff was taking out some garbage behind his residence at 2019 S. Leavitt, Chicago, Illinois.

6) The Plaintiff was not committing any crime or breaking any laws.

7) The Defendants P.O. R. Lopez #17882, P.O. Molina #2980 and P.O. Morgan #14862, had the Plaintiff arrested and charged.

8) The Plaintiff did not commit any crime.

9) The Defendants did not have probable cause to arrest the Plaintiff.

10) The Defendants did not have probable cause to charge the Plaintiff.

11) Said actions of the Defendants, P.O. R. Lopez #17882, P.O. Molina #2980 and P.O. Morgan #14862, were intentional, willful and wanton.

12) Said actions of the Defendants, violated the Plaintiff's Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

13) As a direct and proximate consequence of said conduct of the Defendants, P.O. R. Lopez #17882, P.O. Molina #2980 and P.O. Morgan #14862, the Plaintiff, Jerome Wilkerson, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

WHEREFORE, the Plaintiff, Jerome Wilkerson, prays for judgment against the Defendants, P.O. R. Lopez #17882, P.O. Molina #2980 and P.O. Morgan #14862, jointly and severally in an amount in excess of TEN THOUSAND AND00/100 ($10,000.00) DOLLARS in compensatory damages and TEN THOUSAND AND 00/100($10,000.00) DOLLARS punitive

damages, plus attorney's fees and costs.

## **JURY DEMAND**

The Plaintiff, Jerome Wilkerson, requests a trial by jury.

> Respectfully submitted,
> JEROME WILKERSON,
>
>
> s/ Ronak Patel_____
> Gregory E. Kulis & Associates

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312)580-1830

S:\Federal Cases\Wilkerson, Jerome\Pleadings\Complaint amended.doc

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JEROME WILKERSON,** )<br>)<br>    **Plaintiff,**  )<br>)<br>    v. )<br>)<br>**P.O. R. LOPEZ #17882, P.O. MOLINA** )<br> **#2980 AND P.O. MORGAN #14862** )<br>**individually,** )<br>)<br>    **Defendants.** )<br>) | **Case No. 08 C 1960**<br><br>**Judge Pallmeyer**<br><br>**Magistrate Judge Cox**<br><br>**Jury Demand** |

**EXPARTE NOTICE OF FILING**

   PLEASE TAKE NOTICE that on this 17th day of April 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **PLAINTIFF'S FIRST AMENDED COMPLAINT.**

/s/ Ronak D. Patel
GREGORY E. KULIS & ASSOCIATES, LTD.

**CERTIFICATE OF SERVICE**

   PLEASE TAKE NOTICE that on the 17th day of April 2008, I, RONAK D. PATEL, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**

S:\Federal Cases\Wilkerson, Jerome\Pleadings\nof.doc