UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME WILKERSON, | ) | |
| | ) | **Case No. 08 C 1960** |
| Plaintiff, | ) | |
| | ) | **Judge  Pallmeyer** |
| v. | ) | |
| | ) | **Magistrate Judge Cox** |
| P.O. R. LOPEZ #17882, P.O. MOLINA | ) | |
| #2980 AND P.O. MORGAN #14862 | ) | **Jury Demand** |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1)      **Meeting:** Pursuant to Fed. R. Civ. P. 26(f), a phone conference was held on June 25, 2008 between:

Ronak Patel for Plaintiff

Christopher Wallace for Defendants.

2)      **Pre-trial schedule**: The parties jointly propose to the Court the following discovery plan:

a.      Discovery will be needed on whether or not Defendant had probable cause to arrest and charge the Plaintiff, the Plaintiff's and Defendants' conduct on the date of the incident, and the nature and extent of the injuries and damages suffered by the Plaintiff.

b.      Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by July 15, 2008.  All discovery to be commenced in time to be completed by November 14, 2008.

c.      At this time, the parties expect they will need approximately 4-5 depositions.

d.    No expert discovery expected at this time.  However, should the need arise, reports from experts retained under Rule 26(a)(2) due:

    from Plaintiff by December 26, 2008

    from Defendants by January 23, 2008

e.    Parties should be allowed until September 1, 2008 to join additional parties and to amend the pleadings.

f.    All potentially dispositive motions should be filed by  December 12, 2008.

g.    Final pretrial order:  Plaintiff to prepare proposed draft by February 19, 2009; parties to file joint pretrial order by February 26, 2009.

h.    The case should be ready for trial by April 2009 and at this time is expected to take approximately three days.

3)    Plaintiff has not yet made a written settlement demand upon Defendants.

4)    The parties do not consent to proceed before a Magistrate Judge.


Respectfully submitted

s/ Ronak Patel
Attorney for Plaintiff

/s/ Christopher Wallace
Attorney for Defendants


S:\Federal Cases\Wilkerson, Jerome\Pleadings\Final Planning Report.doc

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEROME WILKERSON, | ) | |
| | ) | **Case No. 08 C 1960** |
| Plaintiff, | ) | |
| | ) | **Judge Pallmeyer** |
| v. | ) | |
| | ) | **Magistrate Judge Cox** |
| P.O. R. LOPEZ #17882, P.O. MOLINA | ) | |
| #2980 AND P.O. MORGAN #14862 | ) | **Jury Demand** |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF FILING**

To:     Christopher Wallace
        Assistant Corporation Counsel
        City of Chicago Department of Law
        30 N. LaSalle St., Suite 1400
        Chicago, IL 60602

PLEASE TAKE NOTICE that on this 25th day of June 2008, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **REPORT OF PARTIES' PLANNING MEETING.**

/s/ Ronak D. Patel
GREGORY E. KULIS & ASSOCIATES, LTD.

**CERTIFICATE OF SERVICE**

PLEASE TAKE NOTICE that on the 25th day of June 2008, I, RONAK D. PATEL, an attorney, served the attached document(s) upon the aforementioned address(es) by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ Ronak D. Patel

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**
S:\Federal Cases\Wilkerson, Jerome\Pleadings\nof.doc