UNITED DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME WILKERSON, | ) | |
| | ) | No. 08 C 1960 |
| Plaintiff, | ) | |
| | ) | Judge Pallmeyer |
| v. | ) | |
| | ) | Magistrate Judge Cox |
| P.O. LOPEZ #17882, P.O. MOLINA, | ) | |
| #2980, AND P.O. MORGAN #14862, | ) | Jury Demand |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:　Ronak Patel
　　　GREGORY E. KULIS AND ASSOCIATES, LTD.
　　　30 North LaSalle Street, Suite 2140
　　　Chicago, Illinois 60602

　　　PLEASE TAKE NOTICE that on June 25, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' JOINT ANSWER TO PLAINTIFF'S AMENDED COMPLAINT, AFFIRMATIVE DEFENSES AND JURY DEMAND**, a copy of which is herewith served upon you.

DATED: June 25, 2008

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　Officer Lopez
　　　　　　　　　　　　　　　　　　Officer Molina
　　　　　　　　　　　　　　　　　　Officer Morgan

　　　　　　　　　　　　　　　　　　By: /s/ *Christopher A. Wallace*
　　　　　　　　　　　　　　　　　　　　Christopher A. Wallace
　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel
　　　　　　　　　　　　　　　　　　　　*Attorney for Individual Defendants*

　　　　　　　　　　　　　　　　　　City of Chicago Department of Law
　　　　　　　　　　　　　　　　　　Individual Defense Litigation Division

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
T: (312) 742-6408
F: (312) 744-6566
ARDC # 6278655

## CERTIFICATE OF SERVICE

I, Christopher Wallace, hereby certify that on June 25, 2008, I caused a copy of the foregoing Notice of Filing to be served upon all counsel of record by filing the same before the Court via the Court's ECF system.

/s/ *Christopher Wallace*
Christopher Wallace